## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JOHN LUGO, | |
| Plaintiff, | |
| v. | NOTICE OF SETTLEMENT |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | CASE NO: 1:11-CV-1130 |
| Defendant. | |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, JOHN LUGO, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: May 9, 2011          KROHN & MOSS, LTD.

By: /s/ Shireen Hormodzi
 Shireen Hormodzi, Esq.
 Attorney for Plaintiff
 Krohn & Moss, Ltd.
 10474 Santa Monica Blvd., Suite 401
 Los Angeles, CA 90025