# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOHN LUGO, ) | |
| ) | |
|     Plaintiff ) | Civil Action File No. |
| v. ) | 1:11-CV-1130 |
| ) | |
| PORTFOLIO RECOVERY ASSOCIATES, ) | |
| LLC, ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, all parties of record that have made an appearance in this action and file this Stipulation of Dismissal with Prejudice by which all parties stipulate to the dismissal of all claims asserted in this action with prejudice pursuant to Rule 41(a)(1)(A)(ii), all parties to bear their own attorney fees and costs.

Respectfully submitted this 8th day of June, 2011.

**KROHN AND MOSS, LTD.**    **BEDARD LAW GROUP, P.C.**

/s/Shireen Hormozdi_____
Shireen Hormozdi, Esq.           /s/ Zulema F. Green _____
Georgia Bar No. 366987           Zulema F. Green
KROHN & MOSS, LTD                Georgia Bar No. 101059
10474 Santa Monica Blvd, Suite 401   Portfolio Recovery Associates, LLC
Los Angeles, California 90025    140 Corporate Boulevard
Telephone: (323) 988-2400 x267   Office of General Counsel
Facsimile: (866) 861-1390        Norfolk, VA 23502
shormozdi@consumerlawcenter.com  Phone: (757) 519-9300 ext. 18397
*Counsel for Plaintiff*          Fax: (757) 518-0860
                                 E-mail: zgreen@portfoliorecovery.com